UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - X

                      :

UNITED STATES OF AMERICA        :   SEALED
                      :   INDICTMENT

      -v.-              :

                      :   20 Cr. ___

CARL WILBRIGHT,           :
   a/k/a "Brody,"
TRAVIS BRECONIDGE,      :
   a/k/a "Jamaica,"
QUASHAWN ESCALERA,       **20 CRIM 667**
   a/k/a "Tank,"
ISAIAH FREEMAN,         :
   a/k/a "Oz,"
LUIS GARCIA,            :
   a/k/a "Lu,"
RICARDO GARCIA,         :
   a/k/a "Kika,"
STANELY HAMPTON, and    :
JAMEL MURRAY,          :

                      :

            Defendants.   :

                      :

- - - - - - - - - - - - - - - - - - - - X

## COUNT ONE

The Grand Jury charges:

1.  From at least in or about 2018, up to and including in or about 2020, in the Southern District of New York and elsewhere, CARL WILBRIGHT, a/k/a "Brody," TRAVIS BRECONIDGE, a/k/a "Jamaica," ISAIAH FREEMAN, a/k/a "Oz," LUIS GARCIA, a/k/a "Lu," RICARDO GARCIA, a/k/a "Kika," STANELY HAMPTON, and JAMEL MURRAY, the defendants, and others known and unknown, intentionally and knowingly did combine, conspire, confederate, and agree together

and with each other to violate the narcotics laws of the United States.

2.    It was a part and an object of the conspiracy that CARL WILBRIGHT, a/k/a "Brody," TRAVIS BRECONIDGE, a/k/a "Jamaica," ISAIAH FREEMAN, a/k/a "Oz," LUIS GARCIA, a/k/a "Lu," RICARDO GARCIA, a/k/a "Kika," STANELY HAMPTON, and JAMEL MURRAY, the defendants, and others known and unknown, would and did distribute and possess with the intent to distribute controlled substances, in violation of Title 21 United States Code, Section 841(a)(1).

3.    The controlled substances that CARL WILBRIGHT, a/k/a "Brody," TRAVIS BRECONIDGE, a/k/a "Jamaica," ISAIAH FREEMAN, a/k/a "Oz," LUIS GARCIA, a/k/a "Lu," RICARDO GARCIA, a/k/a "Kika," STANELY HAMPTON, and JAMEL MURRAY, the defendants, conspired to distribute and possess with the intent to distribute were: (i) 280 grams and more of mixtures and substances containing a detectable amount of cocaine base, in a form commonly known as "crack cocaine," in violation of Title 21, United States Code, Section 841(b)(1)(A); and (ii) mixtures and substances containing a detectable amount of marijuana, in violation of Title 21, United States Code, Section 841(b)(1)(D).

(Title 21, United States Code, Section 846.)

2

COUNT TWO

The Grand Jury further charges:

4.    From at least in or about 2018, up to and including in or about 2020, in the Southern District of New York and elsewhere, CARL WILBRIGHT, a/k/a "Brody," the defendant, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, namely, the offense charged in Count One of this Indictment, knowingly did use and carry a firearm, and in furtherance of such crime, did possess a firearm, and did aid and abet the use, carrying, and possession of firearms.

(Title 18, United States Code, Sections 924(c)(1)(A)(i) and 2.)

COUNT THREE

The Grand Jury further charges:

5.    On or about September 26, 2019, in the Southern District of New York and elsewhere, ISAIAH FREEMAN, a/k/a "Oz," the defendant, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, namely, the offense charged in Count One of this Indictment, knowingly did use and carry firearms, and in furtherance of such crime, did possess firearms, and did aid and abet the use, carrying, and possession of firearms, which were brandished and discharged.

(Title 18, United States Code, Sections 924(c)(1)(A)(i), (ii), (iii) and 2.)

3

COUNT FOUR

The Grand Jury further charges:

6.    On or about September 26, 2019, in the Southern District of New York, QUASHAWN ESCALERA, a/k/a "Tank," the defendant, knowing that he had previously been convicted in a court of a crime punishable by a term of imprisonment exceeding one year, knowingly and intentionally possessed in and affecting commerce ammunition, which previously had been shipped and transported in interstate and foreign commerce.

(Title 18, United States Code, Sections 922(g)(1) and 2.)

COUNT FIVE

The Grand Jury further charges:

7.    On or about September 26, 2019, in the Southern District of New York, ISAIAH FREEMAN, a/k/a "Oz," the defendant, knowing that he had previously been convicted in a court of a crime punishable by a term of imprisonment exceeding one year, knowingly and intentionally possessed in and affecting commerce ammunition, which previously had been shipped and transported in interstate and foreign commerce.

(Title 18, United States Code, Sections 922(g)(1) and 2.)

FORFEITURE ALLEGATIONS

8.    As a result of committing the controlled substance offense charged in Count One of this Indictment, CARL WILBRIGHT, a/k/a "Brody," TRAVIS BRECONIDGE, a/k/a "Jamaica," ISAIAH FREEMAN,

4

a/k/a "Oz," LUIS GARCIA, a/k/a "Lu," RICARDO GARCIA, a/k/a "Kika," STANELY HAMPTON, and JAMEL MURRAY, the defendants, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds the defendants obtained directly or indirectly as a result of the offense and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offense charged in Count One of this Indictment.

### SUBSTITUTE ASSETS PROVISION

9.   If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

   a.   cannot be located upon the exercise of due diligence;

   b.   has been transferred or sold to, or deposited with, a third party;

   c.   has been placed beyond the jurisdiction of the court;

   d.   has been substantially diminished in value; or

   e.   has been commingled with other property which cannot be divided without difficulty;

5

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendants up to the value of the above forfeitable property.

(Title 21, United States Code, Section 853.)


_____
FOREPERSON


_____
AUDREY STRAUSS
ACTING UNITED STATES ATTORNEY


6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

CARL WILBRIGHT
a/k/a "Brody,"
TRAVIS BRECONRIDGE,
a/k/a "Jamaica,"
QUASHAWN ESCALERA,
a/k/a "Tank,"
ISAIAH FREEMAN,
a/k/a "Oz,"
LUIS GARCIA,
a/k/a "Lu,"
RICARDO GARCIA,
a/k/a "Kika,"
STANLEY HAMPTON,
and JAMEL MURRAY,
Defendants.

SEALED INDICTMENT

20 Cr. ____ ()

(21 U.S.C. § 846;
18 U.S.C. §§ 922, 924(c), and 2.)

AUDREY STRAUSS
Acting United States Attorney.

A TRUE BILL

_____
                                    Foreperson.